**Form oinstpl**  (Revised 12/2020)

## United States Bankruptcy Court – District of Kansas
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number:  24–40237                                  Chapter:  13

In re:

Frederick Antoine Morrisette
1175 SW Clay St
Topeka, KS 66604

SSN: xxx–xx–3497

| | Filed By The Court |
|---|---|
| **ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS THROUGH THE PLAN** | **4/24/24**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

The application of debtor(s) to pay filing fee and/or administrative fee in installments is before the Court:

IT IS ORDERED that the debtor(s) pay the filing fee and/or administrative fee according to the following terms:

Total fees due for a Chapter 13 case are $313.00 and payments must comply with Fed. R. Bankr. P. 1006.

Debtor(s) propose(s) that any unpaid portion of the filing fee shall be paid through the Chapter 13 Plan, and shall be payable to the Chapter 13 Trustee.

**Please DO NOT pay filing fees directly (electronically, or to Clerk, United States Bankruptcy Court) if you are paying them through the PLAN (payments directly to the Case Trustee).**

IT IS FURTHER ORDERED that until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Document 9 – 3

s/  David D. Zimmerman
Clerk, United States Bankruptcy Court

In re:                                                                    Case No. 24-40237-DLS

Frederick Antoine Morrisette                                              Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 1083-5 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 24, 2024 | Form ID: oinstpl | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2024:**

**Recip ID          Recipient Name and Address**
db           + Frederick Antoine Morrisette, 1175 SW Clay St, Topeka, KS 66604-1162

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2024           Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carl B. Davis | ecf@kstrustee.com |
| Ryan A Blay | on behalf of Debtor Frederick Antoine Morrisette blay@wagonergroup.com bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |

TOTAL: 3